**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ISAIAH PARRA, individually and as
parent and next friend of AP and EP, minor children,
and ROSEMARY PARRA,

   Plaintiffs,

v.           No. 1:22-cv-181 LF/KRS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, GEICO INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
COMPANY, and OHIO SECURITY INSURANCE COMPANY,

   Defendants.

**ORDER TO SUBMIT STATE COURT RECORDS AND PROCEEDINGS**

   THIS MATTER is before the Court *sua sponte*.  District of New Mexico Local Rule

81.1(a) requires a party removing an action to this Court under 28 U.S.C. § 1446 to file legible

copies of records and proceedings from the state court action with the Clerk of the Court within

twenty-eight days of removal.  D.N.M. LR-Civ. 81.1(a).  Although Defendant State Farm Mutual

Automobile Insurance Company states that it filed "copies of all process, pleadings, and orders

served upon Defendant State Farm" along with its Notice of Removal (*see* Doc. 1 at 1; Doc. 1

Ex. 1), the docket does not reflect that all records and proceedings from the state court action

have been filed with the Clerk of the Court at this time.  Accordingly, **no later than June 24,**

**2022**, Defendant State Farm shall file copies of all records and proceedings from the state court

action pursuant to Local Rule 81.1(a).

              *Kevin Sweazea*
            _____
            KEVIN R. SWEAZEA
            UNITED STATES MAGISTRATE JUDGE