IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH PARRA, individually and
as parent and next friend of AP and EP,
minor children, ROSEMARY PARRA

      Plaintiffs,

v.                                        No. 1:22-cv-00181 WJ/KRS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
GEICO INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE,
OHIO SECURITY INSURANCE COMPANY

      Defendants.

## ORDER BIFURCATING DISCOVERY AND TRIAL

THIS MATTER having come before the Court on the parties' Stipulated Motion Bifurcating Discovery and Trial, the Court having reviewed the pleadings of record and conferred with the presiding judge, hereby finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the "extra contractual" claims asserted in Count V and Count VI of Plaintiffs' First Amended Complaint shall be and hereby are bifurcated, for discovery and trial, such that Plaintiffs' contractual claims will be tried to a jury first, separate and apart from any extra-contractual claims. Discovery on the "extra-contractual" claims is stayed pending resolution of the other claims.

                                                                        _____
                                                                        HONORABLE KEVIN R. SWEAZEA
                                                                        UNITED STATES MAGISTRATE JUDGE

Submitted by:

MILLER STRATVERT P.A.

*/s/Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendants
Post Office Box 25687
Albuquerque, NM  87125-0687

Approved by:

*/s/ Amelia P. Nelson – approved via email*
Amelia P. Nelson
Darren L. Cordova
Roybal-Mack & Cordova, P.C.
PO Box 91658
Albuquerque, NM 87199
amelia@roybalmacklaw.com
darren@roybalmacklaw.com
*Attorney for Plaintiffs*

*/s/ Meena H. Allen – approved telephonically*
Meena H. Allen
Kerri L. Allensworth
Allen Law Firm, LLC
6121 Indian School Rd., NE, Suite 230
Albuquerque, NM 87110
mallen@mallen-law.com
kallensworth@mallen-law.com
*Attorneys for Defendants Liberty Mutual*
*Insurance and Ohio Security Insurance Company*
*Attorney for Plaintiffs*

\\Abq-tamarack\ProData\000065-052457\Pleadings\4787419.docx