IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH PARRA, individually and
as parent and next friend of AP and EP,
minor children, ROSEMARY PARRA

      Plaintiffs,

v.                                                 No. 1:22-cv-00181 WJ/KRS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
GEICO INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE,
OHIO SECURITY INSURANCE COMPANY

      Defendants.

## ORDER EXTENDING DISCOVERY EXPERT REPORTS DEADLINES

THIS MATTER having come before the Court on the parties' Joint Motion to Extend Discovery Deadlines for Expert Reports [Doc. 28], the Court having read the Joint Motion and being otherwise sufficiently advised, FINDS that the Joint Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines for expert reports set in the Court's Scheduling Order entered on August 25, 2022 [Doc. 19], are VACATED and RESET as follows:

    a) Plaintiffs' expert reports from February 3, 2023 to **February 24, 2023;**

    b) Defendants' expert reports from March 3, 2023 to **March 24, 2023.**

IT IS SO ORDERED.

                                                             _____
                                                             HONORABLE KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE

Submitted by:


ROYBAL-MACK & CORDOVA, P.C.

*/s/ Amelia P. Nelson*
AMELIA P. NELSON
DARREN L. CORDOVA
PO Box 91658
Albuquerque, NM 87199
amelia@roybalmacklaw.com
darren@roybalmacklaw.com
(505) 288-3500
*Attorneys for Plaintiffs*


Approved by:


*Electronically on 01/31/2023*
Todd A. Schwarz
Laureana A. Larkin
Miller Stratvert P.A.
Post Office Box 25687
Albuquerque, NM  87125-0687
Telephone: (505) 842-1950
tschwarz@mstlaw.com
llarkin@mstlaw.com
*Attorneys for Defendant State Farm*


*Telephonically on 01/31/2023*
Meena H. Allen
Kerri L. Allensworth
Allen Law Firm, LLC
6121 Indian School Rd., NE, Suite 230
Albuquerque, NM 87110
mallen@mallen-law.com
kallensworth@mallen-law.com
*Attorneys for Defendants Liberty Mutual*
*Insurance and Ohio Security Insurance Company*