IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH PARRA, individually and
as parent and next friend of AP and EP,
minor children, ROSEMARY PARRA

    Plaintiffs,

v.                                                                                                         No. 1:22-cv-00181 WJ/KRS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
GEICO INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE,
OHIO SECURITY INSURANCE COMPANY,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

**THIS MATTER** having come before the Court upon the Unopposed Motion to Extend Defendants' Expert Disclosure Deadline [Doc. 35], the Court having reviewed the Motion and noting concurrence of counsel hereby **GRANTS** the Motion.

Defendants' Expert Disclosures are due on **April 14, 2023**. All other deadlines set forth in the Court's Scheduling Order shall remain in place.

**IT IS SO ORDERED.**

                                                        _____
                                                        THE HONORABLE KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE

**APPROVED BY:**

/s/ *Meena H. Allen*
Meena H. Allen
Jacqueline D. Mosher
Allen Law Firm, LLC
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400

*Attorneys for Liberty Mutual Insurance and Ohio Security Insurance Company*


/s/ *approved via email*
AMELIA P. NELSON
DARREN L. CORDOVA
Roybal-Mack & Cordova, P.C.
PO Box 91658
Albuquerque, NM 87199
amelia@roybalmacklaw.com
darren@roybalmacklaw.com
(505) 288-3500

*Attorneys for Plaintiffs*


/s/ *approved via email*
Todd A. Schwarz
Laureana A. Larkin
Miller Stratvert P.A.
Post Office Box 25687
Albuquerque, NM  87125-0687
Telephone: (505) 842-1950
tschwarz@mstlaw.com
llarkin@mstlaw.com

*Attorneys for Defendant State Farm*